FILED

04/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0093

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 24-0093

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

BERT GERARD PLAGGEMEYER,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 8, 2024 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 2 2024